NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID GROBER,**
*Plaintiff-Appellant,*

**and**

**VOICE INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

**v.**

**MAKO PRODUCTS, INC., AIR SEA LAND PRODUCTIONS, INC., CINEVIDEOTECH, INC., SPECTRUM EFFECTS, INC., AND BLUE SKY AERIALS, INC.,**
*Defendants-Cross Appellants,*

**and**

**DOES 1-10, JORDAN KLEIN, SR., JORDAN KLEIN, JR., AND OPPENHEIMER CINE RENTAL, LLC,**
*Defendants.*

---

2010-1519, -1527

---

Appeals from the United States District Court for the Central District of California in case no. 04-CV-8604, Judge Jack Zouhary.

---

**ON MOTION**

## ORDER

David Grober and Voice International, Inc. move for an extension of time until May 11, 2011 to file a reply brief. Mako Products, Inc. opposes.

Accordingly,

IT IS ORDERED THAT:

The motion for an extension of time to file the reply brief is granted. The reply brief is due on or before May 11, 2011. No further extensions shall be granted.

FOR THE COURT

<u>APR 22 2011</u>

Date

<u>/s/ Jan Horbaly</u>

Jan Horbaly
Clerk

cc: David Grober
Edwin P. Tarver, Esq.
Brian W. Warwick, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 22 2011

JAN HORBALY
CLERK